IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
JEFFREY SCOTT CLEGG, SR.,       )
                                )
          Plaintiff,            )
                                )
     v.                         )     1:25-cv-397
                                )
CALEB NEWMAN, and               )
EVAN HIATT,                     )
                                )
          Defendants.           )
```

### ORDER

On June 10, 2025, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the Plaintiff pursuant to 28 U.S.C. § 636. (Docs. 4, 5.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 4), is **ADOPTED. IT IS FURTHER ORDERED** that Plaintiffs' claims are **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B), to Plaintiff filing an appropriate claim against proper defendants, and this action is **DISMISSED.**

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 14th day of July, 2025.

_____
United States District Judge